# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 OCT 13 A 7 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:05-cr-215-25TEM
USM NUMBER: 31479-018

V.

WILLIAM KENDELL BANE

Defendant's Attorney: James Burke, Esq. (pda)

## THE DEFENDANT

__X__ admitted guilt to violation of allegation number(s) __1 - 4__ of the terms of supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #55).

__X__ Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive Urinalysis for Cocaine In violation of the Standard Conditions of Release | December 22, 2008 |
| Two | Positive Urinalysis for Cocaine In violation of the Standard Conditions of Release | June 5, 2009 |
| Three | Positive Urinalysis for Cocaine In violation of the Standard Conditions of Release | July 3, 2009 |
| Four | Positive Urinalysis for Cocaine In violation of the Standard Conditions of Release | July 10, 2009 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered

to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 30, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: October      2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before p.m. on .

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.